# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAIGE KNIGHT,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1762-SKV |

___ **Jury Verdict.** This action comes before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 By Order of the Court, the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

 Dated this 3rd day of April, 2024.

                 RAVI SUBRAMANIAN
                 Clerk of Court

                 s/ Stefanie Prather
                 Deputy Clerk